

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00717-CV

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellants

v.

**CITY OF PREMONT, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record was originally due October 18, 2022, but was not filed. On October 27, 2022, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore **order** appellant provide written proof to this court by **November 16, 2022** indicating either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court